FILED
10/21/2015 3:00:51 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00686-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 2:18:51 PM
KEITH HOTTLE
CLERK

04-15-00686-CV

CAUSE NO. 2014-CI-04333

| | | |
|---|---|---|
| MARK HART AND ANGELICA HART | § | IN THE DISTRICT COURT |
| VS | § | 288TH JUDICIAL DISTRICT |
| FLAGSHIP HOMES, LTD. D/B/A PRESTIGE HOMES | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 2:18:51 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

Flagship Homes, Ltd. d/b/a Prestige Homes hereby gives Notice of Appeal of the Judgment entered against it in the above entitled and numbered cause on August 11, 2015 as follows:

1.      The Judgment was rendered by the Honorable Renee A. Yanta, 150th District Court, Bexar County, Texas.  The style of the case is Cause No. 2014-CI-04333, *Mark Hart and Angelica Hart v. Flagship Homes, Ltd. d/b/a Prestige Homes,* in the District Court, 288th Judicial District court, Bexar County, Texas.

2.      The date of the Judgment appealed from is August 11, 2015.

3.      The party desiring to appeal is Flagship Homes, Ltd. d/b/a Prestige Homes.

4.      The appeal is taken to the Fourth Court of Appeals in San Antonio, Texas.

5.      The name of the party filing this Notice of Appeal is Flagship Homes, Ltd. d/b/a Prestige Homes.

Respectfully submitted,

Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, Texas   78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By:  /s/ Barry Snell
      Barry Snell
      State Bar No. 1878900
      bsnell@bsklaw.com
Attorney for Defendants

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel of record on the 21st day of October,  2015:

Mr. Daniel O. Kustoff
Kustoff & Phipps, L.L.P.
4103 Parkdale Street
San Antonio, Texas   78229

    /s/  Barry Snell
    Barry Snell